DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE D. WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2588

[December 7, 2017]

Appeal of order denying 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 311993CF000652A.

Terrance D. Wright, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***